**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6766**

_____

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

        versus

JOHNNY JOSEPH, a/k/a Joe Sanders,

                                      Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron M. Currie, District Judge. (CR-00-67, CA-02-3711-4-22)

_____

Submitted:  October 9, 2003        Decided:  October 17, 2003

_____

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Johnny Joseph, Appellant Pro Se.   Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Joseph seeks to appeal the district court's order denying relief on his petition, which the court construed as a 28 U.S.C. § 2255 (2000) motion. An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1039-40 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir.), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Joseph has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2